IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL BROFFITT<br><br>*Defendant*. | Criminal No. 1:26-MJ-275 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Shaman Douglass, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 21, and 26 of the United States Code.

2.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I am assigned to a field office based in Northern Virginia. During my participation in law enforcement, I have conducted and assisted with arrests, search warrants, and court orders. I have investigated and assisted in investigations involving firearms, narcotics and other matters, which have resulted in arrests and convictions.

3.     The facts and information contained in this Affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations, training, and experience of other agents and law enforcement officers involved in this investigation.

All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, videos, and other evidence obtained during the course of this investigation.

4.      Because this Affidavit is submitted for the limited purpose of obtaining a Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the Complaint and Arrest Warrant.

5.      I make this Affidavit in support of an application for a Criminal Complaint and Arrest Warrant for Michael BROFFITT. For the reasons set forth below, I submit that there is probable cause to believe that on or about May 19, 2026, in Fairfax County, Virginia, within the Eastern District of Virginia, BROFFITT possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c) and that there is probable cause to believe that BROFFITT has committed a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon).

### **PROBABLE CAUSE**

6.      Beginning on or about March 10, 2026, and continuing through April 29, 2026, BROFFITT sold narcotics (methamphetamine and suspected fentanyl) to a Fairfax County Police Department ("FCPD") Confidential Informant (CI).

7.      Based on this investigation, the FCPD detective obtained a Commonwealth of Virginia search warrant for BROFFITT's residence, located at 11621 Foxclove Rd., Reston, VA 20191, within the Eastern District of Virginia.

8.      On or about May 19, 2026, FCPD investigators executed the search warrant

on BROFFITT's residence. Inside the residence were BROFFITT's grandmother (homeowner), the grandmothers adopted son and BROFFIT's two young daughters. The homeowner advised that BROFFITT had been staying in one of the bedrooms for approximately one year.  The following items were seized from BROFFITT's bedroom: approximately 0.5 grams of suspected methamphetamine in a black bag, approximately 12 grams of a white substance in a black bag, approximately 1 gram of suspected cocaine in a Pyrex container in a black bag, approximately 0.5 grams of a white powder in an eyeglass container, approximately 25 grams of suspected crack cocaine in an eyeglass container, approximately 0.7 grams of white powder in a blue vial from the bedside table, approximately 1 gram of white powder from shoe closet, approximately 10 grams of suspected psilocybin mushrooms from a yellow case, approximately 10.5 grams of marijuana from a yellow case, a Smith & Wesson, SD9 VE, 9mm, SN: FCZ7198, pistol under the mattress (pictured below), a box of ammunition in the dresser on the same side of the bed as the firearm, U.S. currency, digital scales, multiple types of packaging materials including small baggies and capsules.



9.      During the initiation of the search warrant a FCPD Sergeant observed BROFFITT exit the rear of the house carrying a safe and placed it outside before going

3

back to the front of the residence.  BROFFITT's daughters also identified the safe as belonging to BROFFITT.  The following items were recovered from the safe: approximately 22 grams of suspected crack cocaine in 6 separate bags (pictured below), approximately 23 grams of suspected methamphetamine (pictured below), an additional bag containing approximately 1.9 grams of suspected crack cocaine, approximately 4.4 grams of an unknown white substance in 7 separate bags, approximately 1.8 grams of white powder in 2 blue vials, and approximately 3.5 grams of marijuana.



10.    Based on my training and experience, I know that drug distributors possess firearms to facilitate their drug crimes. Specifically, distributors often possess firearms to protect large amounts of cash obtained from the sale of narcotics and the narcotics themselves. It was unlawful for BROFFITT to possess firearms, as he had been previously convicted of Possession with Intent to Manufacture/Sell Schedule I, II, in violation of Va. Code § 18.2-248, in 2021 in the Circuit Court for Loudoun County.

11.    After consulting with a Special Agent trained in the interstate nexus of

firearms, it is his preliminary opinion that the firearm recovered in this investigation was not manufactured in Virgina, therefore traveled in interstate commerce. Furthermore, after the firearms recovery it was test fired for NIBIN (National Integrated Ballistic Information Network).

### **CONCLUSION**

13.     Based on the foregoing, I submit that there is probable cause to believe that on or about May 19, 2026, in Fairfax County, Virginia, within the Eastern District of Virginia, BROFFITT possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States,[1] in violation of 18 U.S.C. § 924(c) and that there is probable cause to believe that BROFFITT has committed a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon).

Respectfully submitted,

SHAMAN DOUGLASS
Digitally signed by SHAMAN DOUGLASS
Date: 2026.07.23 20:03:47 -04'00'

Shaman Douglass
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on July 24, 2026.

Digitally signed by Ivan Davis
Date: 2026.07.24 13:25:52 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia

---

[1] It is unlawful under 21 U.S.C. § 841(a)(1) and (2) for an individual to distribute narcotics and possess narcotics with the intent to distribute them.